DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Attorney
Neighborhood and Resident Safety Division
CHRISTOPHER B. WHITMAN, State Bar #223636
Deputy City Attorney
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-4240
Facsimile:      (415) 437-4644
Email:          chris.whitman@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO by and
through the SAN FRANCISCO PORT COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation, by and through the SAN FRANCISCO PORT COMMISSION,<br><br>  Plaintiff,<br><br>  vs.<br><br>PRINCESS CRUISE LINES, LTD.; and BAYDELTA MARITIME, LLC,<br><br>  Defendants. | Case No. 22-cv-05658-DMR<br><br>**STIPULATION AND ORDER (AS MODIFIED) CONTINUING DATE OF MOTION TO DISMISS HEARING, DATE OF INITIAL CASE MANAGEMENT CONFERENCE, AND RELATED DEADLINES**<br><br>Oakland Courthouse<br>Courtroom 4, 3rd Floor<br>The Honorable Donna M. Ryu<br><br>Date Action Filed:  September 30, 2022<br>Trial Date:  None Assigned |

IT IS HEREBY STIPULATED by and between Plaintiff CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation (the "City"), operating by and through the San Francisco Port Commission (the "Port") (collectively, "Plaintiff"), which is represented by Deputy City Attorney Christopher B. Whitman, Defendant PRINCESS CRUISE LINES, LTD. ("Princess"), which is represented by Conte C. Cicala, Esq., and Defendant BAYDELTA MARITIME, LLC ("Baydelta"),

which is represented by Marc T. Cefalu, Esq.[1] (collectively, "Defendants"), that:

WHEREAS, on October 6, 2022, the Court issued its Initial Scheduling Order via Docket No. 8 that, *inter alia*, scheduled December 28, 2022 as the last day to file the Rule 26(f) Report, and scheduled the initial Case Management Conference ("CMC") for January 4, 2023;

WHEREAS, on December 14, 2022, the Court advised the parties via Docket No. 20 that Defendant Baydelta had not yet been served, and that the Court could not decide Defendant Princess's pending motion to dismiss (Docket Nos. 17, 17-1, and 17-2) without the consent of all parties, served and unserved;

WHEREAS, the Court's Docket Entry No. 20 also ordered the parties to file a joint letter by December 21, 2022 indicating whether they agree to continue the hearing on the motion to dismiss by approximately one month so that Defendant Baydelta may be served and consent or decline to the jurisdiction of a magistrate judge;

WHEREAS, all of the parties hereto agree that the hearing date for Defendant Princess's motion to dismiss may be moved from January 12, 2023 to February 9, 2023; the parties also agree that Plaintiff's opposition to the motion is due on January 10, 2023, and Defendant Princess's reply is due on January 24, 2023;

WHEREAS, on November 17, 2022, Plaintiff's counsel contacted Defendant Baydelta's counsel to ask whether he would accept service of the First Amended Complaint ("FAC"), and on December 2, 2022, Baydelta agreed to do so; Plaintiff and Defendant Baydelta also agreed that the responsive pleading to the FAC would be due on January 6, 2023;

WHEREAS, on December 12, 2022, Plaintiff served Defendant Baydelta with a formal request to waive service of the FAC and summons, and on December 14, 2022, Defendant Baydelta signed and returned the waiver (the signed waiver is being filed contemporaneously herewith); Plaintiff and Baydelta also re-confirmed that Baydelta's responsive pleading to the FAC would be due on January 6, 2023;

WHEREAS, the parties agree that it may promote judicial economy and serve the interests of

---

[1] By signing this stipulation, Defendant Baydelta Maritime, LLC does not intend to make its first appearance in this action.

the parties to continue the initial CMC (and deadline for filing the Rule 26(f) Report) to a date following the Court's ruling on the pending motion to dismiss the FAC by Defendant Princess; and

    WHEREAS, in light of the unsettled status of the pleadings, the pending motion to dismiss the FAC by Defendant Princess, and the pending response to the FAC by Defendant Baydelta, there is good cause to: continue the date of the motion to dismiss hearing from January 12, 2023, at 1:00 p.m., to February 9, 2023, at 1:00 p.m.; to continue the deadline for filing the Rule 26(f) report from December 28, 2022 to February 22, 2023; and to continue the initial CMC from January 4, 2023, at 1:30 p.m., to March 1, 2023, at 1:30 p.m., or to other dates and times that are convenient for the Court.

    IT IS SO STIPULATED.

Date: December 15, 2022

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
JENNIFER E. CHOI
Chief Attorney
CHRISTOPHER B. WHITMAN
Deputy City Attorney

By:   */s/ Christopher B. Whitman*
    CHRISTOPHER B. WHITMAN

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO by and through the SAN FRANCISCO PORT COMMISSION

Date: December 15, 2022

CLYDE & CO US LLP

By:   */s/ Conte C. Cicala*
    CONTE C. CICALA

Attorneys for Defendant
PRINCESS CRUISE LINES, LTD.

Date: December 15, 2022

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

By:   */s/ Marc T. Cefalu*
    MARC T. CEFALU

Attorneys for Defendant
BAYDELTA MARITIME, LLC

**ATTORNEY ATTESTATION**

I hereby attest that I have authorization from all of the above-named counsel to E-file this stipulation and this authority is reflected by the conformed signature ("/s/") within this E-filed document.

Date: December 15, 2022                    By:      */s/ Christopher B. Whitman*
                                                         CHRISTOPHER B. WHITMAN

**ORDER (AS MODIFIED)**

Having considered the stipulation filed by the parties, and good cause appearing, the Court hereby ORDERS that there is good cause to continue the date for the hearing on Defendant Princess's motion to dismiss, the date to file the Rule 26(f) Report, and the date for the initial Case Management Conference. The date for the motion to dismiss hearing shall be moved to February 9, 2023, at 1:00 p.m. in Oakland, by Videoconference only, the date to file the Rule 26(f) Report shall be moved to March 22, 2023, and the date for the initial Case Management Conference shall be moved to March 29, 2023, at 1:30 p.m. in Oakland, by Videoconference only.

IT IS SO ORDERED AS MODIFIED.

Date: December 16, 2022



_____
DONNA M. RYU
United States Magistrate Judge

# PROOF OF SERVICE

I, LYNETTE GIFFORD, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Seventh Floor, San Francisco, CA 94102.

On December 15, 2022, I served the following document(s):

**STIPULATION AND (PROPOSED) ORDER CONTINUING DATE OF MOTION TO DISMISS HEARING, DATE OF INITIAL CASE MANAGEMENT CONFERENCE, AND RELATED DEADLINES**

on the following persons at the locations specified:

| | |
|---|---|
| Conte Cicala, Esq.<br>Clyde & Co. US LLP<br>Four Embarcadero Center, Suite 1350<br>San Francisco, CA 94111<br>conte.cicala@clydeco.us<br>*Attorneys for Princess Cruise Lines, Ltd.* | Marc Cefalu, Esq.<br>Chris Kieliger, Esq.<br>Cox, Wootton, Lerner, Griffin & Hansen LLP<br>900 Front Street, Suite 350<br>San Francisco, CA 94111<br>mcefalu@cwlfirm.com<br>ckieliger@cwlfirm.com<br>*Attorneys for Baydelta Maritime, LLC* |

in the manner indicated below:

☒ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be served electronically in portable document format ("PDF") Adobe Acrobat.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed December 15, 2022, at San Francisco, California.

*/s/ Lynette Gifford*
LYNETTE GIFFORD

Stip. & Order (As Modified) re: CMC etc.
Case No. 22-cv-05658-DMR      2      n:\codenf\li2022\220676\01645113.docx