DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Attorney
Neighborhood and Resident Safety Division
CHRISTOPHER B. WHITMAN, State Bar #223636
Deputy City Attorney
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4240
Facsimile:    (415) 437-4644
Email:        chris.whitman@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO by and
through the SAN FRANCISCO PORT COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation, by and through the SAN FRANCISCO PORT COMMISSION,<br><br>   Plaintiff,<br><br>   vs.<br><br>PRINCESS CRUISE LINES, LTD.; and BAYDELTA MARITIME, LLC,<br><br>   Defendants. | Case No. 22-cv-05658-DMR<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS; STIPULATION AND [PROPOSED] ORDER VACATING DATES**<br><br>Date Action Filed:  September 30, 2022<br>Trial Date:  None Assigned |

TO THE COURT AND ALL PARTIES IN THIS ACTION:

PLEASE TAKE NOTICE that the parties, Plaintiff CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation (the "City"), operating by and through the San Francisco Port Commission (the "Port") (collectively, "Plaintiff"), which is represented by Deputy City Attorney Christopher B. Whitman, Defendant PRINCESS CRUISE LINES, LTD. ("Princess"), which is represented by Conte C. Cicala, Esq., and Defendant BAYDELTA MARITIME, LLC ("Baydelta"), which is represented by Marc T. Cefalu, Esq. (collectively, "Defendants"), have tentatively reached

agreement on the terms of settlement of this action. The final terms and conditions of the proposed settlement are subject to the approval of the parties and the Board of Supervisors of the City and County of San Francisco. Plaintiff's counsel – the San Francisco City Attorney's Office – will present the proposed settlement for approval at the next available meeting. The City Attorney's Office will recommend approval of the proposed settlement.

## STIPULATION

WHEREAS, on or about January 12, 2023, the Parties tentatively reached agreement on the terms of settlement of this action; and

WHEREAS, the currently pending motion to dismiss by Defendant Princess is scheduled for hearing on February 9, 2023; and

WHEREAS, the initial case management conference is currently scheduled for March 1, 2023; and

WHEREAS, the City needs additional time to request that the Board of Supervisors approve the proposed settlement, and to receive such approval.

The Parties concur that good cause exists to vacate all pending dates for the purpose of finalizing the settlement.

IT IS SO STIPULATED.

Date: January 18, 2023

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
JENNIFER E. CHOI
Chief Attorney
CHRISTOPHER B. WHITMAN
Deputy City Attorney

By: */s/ Christopher B. Whitman*
CHRISTOPHER B. WHITMAN

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO by and through the SAN FRANCISCO PORT COMMISSION

| | |
|---|---|
| Date: January 18, 2023 | CLYDE & CO US LLP |
| | By:   */s/ Conte C. Cicala*<br>CONTE C. CICALA |
| | Attorneys for Defendant<br>PRINCESS CRUISE LINES, LTD. |
| Date: January 18, 2023 | COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP |
| | By:   */s/ Marc T. Cefalu*<br>MARC T. CEFALU |
| | Attorneys for Defendant<br>BAYDELTA MARITIME, LLC |

**ATTORNEY ATTESTATION**

I hereby attest that I have authorization from all of the above-named counsel to E-file this stipulation and this authority is reflected by the conformed signature ("/s/") within this E-filed document.

| | |
|---|---|
| Date: January 18, 2023 | By:   */s/ Christopher B. Whitman*<br>CHRISTOPHER B. WHITMAN |

**[PROPOSED] ORDER**

It is hereby ORDERED that the hearing date for Defendant Princess's motion to dismiss is vacated, and ORDERED that the date for the initial case management conference is vacated.

IT IS SO ORDERED.

Date: _____

                                              DONNA M. RYU
                                              United States Magistrate Judge

# PROOF OF SERVICE

I, LYNETTE GIFFORD, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Seventh Floor, San Francisco, CA 94102.

On January 18, 2023, I served the following document(s):

**JOINT NOTICE OF CONDITIONAL SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS; STIPULATION AND [PROPOSED] ORDER VACATING DATES**

on the following persons at the locations specified:

Conte Cicala, Esq.
Clyde & Co. US LLP
Four Embarcadero Center, Suite 1350
San Francisco, CA  94111
*Attorneys for Princess Cruise Lines, Ltd.*
*Via ECF:*
conte.cicala@clydeco.us

Marc Cefalu, Esq.
Chris Kieliger, Esq.
Cox, Wootton, Lerner, Griffin & Hansen LLP
900 Front Street, Suite 350
San Francisco, CA  94111
*Attorneys for Baydelta Maritime, LLC*
*Via email:*
mcefalu@cwlfirm.com
ckieliger@cwlfirm.com

in the manner indicated below:

☒ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above. Such document(s) were transmitted *via* electronic mail from the electronic address: lynette.gifford@sfgov.org ☒ in portable document format ("PDF") Adobe Acrobat or ☐ in Word document format.

☒ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be served electronically in portable document format ("PDF") Adobe Acrobat.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed January 18, 2023, at San Francisco, California.

*Lynette Gifford*

LYNETTE GIFFORD