DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Attorney
Neighborhood and Resident Safety Division
CHRISTOPHER B. WHITMAN, State Bar #223636
Deputy City Attorney
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4240
Facsimile:     (415) 437-4644
Email:            chris.whitman@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO by and
through the SAN FRANCISCO PORT COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation, by and through the SAN FRANCISCO PORT COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD.; and BAYDELTA MARITIME, LLC,<br><br>Defendants. | Case No. 22-cv-05658-DMR<br><br>**JOINT STATUS REPORT BY THE PARTIES; [PROPOSED] ORDER**<br><br>Courtroom 4, 3rd Floor<br>The Hon. Donna M. Ryu<br><br>Date Action Filed: September 30, 2022<br>Trial Date: None Assigned |

The parties to the above-entitled action submit this Joint Status Report per the Court's order dated January 18, 2023 (Doc. No. 28).

On January 12, 2023, the parties tentatively reached an agreement on the principal terms of a settlement. Since that date, the parties have been working cooperatively to draft and agree on the terms of a settlement agreement. On March 13, 2023, the parties reached an agreement on the terms of the settlement agreement, and they are now in the process of executing same. In order to provide a reasonable time for performance under the settlement agreement (i.e., for payments to be made), the

1  parties jointly request that the Court continue the date to file a request for dismissal (or in the
2  alternative, a further joint status report) from March 17, 2023 to May 17, 2023.

3  Date: March 17, 2023                        DAVID CHIU
                                               City Attorney
4                                              YVONNE R. MERÉ
                                               Chief Deputy City Attorney
5                                              JENNIFER E. CHOI
                                               Chief Attorney
6                                              CHRISTOPHER B. WHITMAN
                                               Deputy City Attorney
7
8                                        By:   */s/ Christopher B. Whitman*
                                               CHRISTOPHER B. WHITMAN
9
                                               Attorneys for Plaintiff
10                                             CITY AND COUNTY OF SAN FRANCISCO by and
                                               through the SAN FRANCISCO PORT COMMISSION
11

12 Date: March 17, 2023                        CLYDE & CO US LLP

13                                       By:   */s/ Conte C. Cicala*
                                               CONTE C. CICALA
14

15                                             Attorneys for Defendant
                                               PRINCESS CRUISE LINES, LTD.
16

17 Date: March 17, 2023                        COX, WOOTTON, LERNER, GRIFFIN &
                                                  HANSEN LLP
18
                                         By:   */s/ Marc T. Cefalu*
19                                             MARC T. CEFALU

20                                             Attorneys for Defendant
                                               BAYDELTA MARITIME, LLC
21

22

23                              **ATTORNEY ATTESTATION**

24      I hereby attest that I have authorization from all of the above-named counsel to E-file this

25 stipulation and this authority is reflected by the conformed signature ("/s/") within this E-filed

26 document.

27 Date: March 17, 2023                  By:   */s/ Christopher B. Whitman*
                                               CHRISTOPHER B. WHITMAN
28

**[PROPOSED] ORDER**

It is hereby ORDERED that the parties file a request for dismissal, or in the alternative a further joint status report, by May 17, 2023.

IT IS SO ORDERED.

Date: _____

DONNA M. RYU
United States Magistrate Judge

# PROOF OF SERVICE

I, MORRIS ALLEN, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Seventh Floor, San Francisco, CA 94102.

On March 17, 2023, I served the following document(s):

**JOINT STATUS REPORT BY THE PARTIES; [PROPOSED] ORDER**

on the following persons at the locations specified:

| | |
|---|---|
| Conte Cicala, Esq.<br>Clyde & Co. US LLP<br>Four Embarcadero Center, Suite 1350<br>San Francisco, CA 94111<br>*Attorneys for Princess Cruise Lines, Ltd.*<br>*Via ECF:*<br>conte.cicala@clydeco.us | Marc Cefalu, Esq.<br>Chris Kieliger, Esq.<br>Cox, Wootton, Lerner, Griffin & Hansen LLP<br>900 Front Street, Suite 350<br>San Francisco, CA 94111<br>*Attorneys for Baydelta Maritime, LLC*<br>*Via email:*<br>mcefalu@cwlfirm.com<br>ckieliger@cwlfirm.com |

in the manner indicated below:

☒ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above. Such document(s) were transmitted *via* electronic mail from the electronic address: morris.allen@sfcityatty.org ☒ in portable document format ("PDF") Adobe Acrobat or ☐ in Word document format.

☒ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be served electronically in portable document format ("PDF") Adobe Acrobat.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed March 17, 2023, at San Francisco, California.

_____
MORRIS ALLEN